1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102
       Telephone:    (415) 552-6031
8      Facsimile:    (415) 436-7234
       Patricia.Spaletta@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,           )   No. CR 10-0256 MHP
                                       )
17      Plaintiff,                     )   STIPULATION AND [PROPOSED] ORDER
                                       )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18      v.                             )
                                       )
19 CARLOS ALEJANDRO GARZA-LOPEZ,       )
                                       )
20      Defendant.                     )
                                       )
21 ——————————————————————————————      )

22
        The parties appeared before the Honorable Bernard Zimmerman on April 8, 2010. With
23
   the agreement of counsel for both parties, the Court found and held as follows:
24
        1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,
25
   from April 8, 2010 to April 19, 2010, in light of the need for defense counsel to review discovery
26
   and to conduct further investigation. Failure to grant the requested continuance would
27
   unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
28

   STIP. & [PROPOSED] ORDER EXCLUDING TIME
   U.S. v. CARLOS ALEJANDRO GARZA-LOPEZ, CR 10-0256                                     1

1 | into account the exercise of due diligence and the need for counsel to review discovery and to
2 | conduct further investigation.

3 |     2. Given these circumstances, the Court found that the ends of justice served by excluding
4 | the period from April 8, 2010 to April 19, 2010, outweigh the best interest of the public and the
5 | defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

6 |     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
7 | April 8, 2010 to April 19, 2010, be excluded from the Speedy Trial Act calculations under 18
8 | U.S.C. § 3161(h)(7)(A) and (B)(iv).

9

10 | SO STIPULATED:

11
12 |                     JOSEPH P. RUSSONIELLO
                    United States Attorney

13

14 | DATED: April 8, 2010                 /s/
                    PATRICIA SPALETTA
15 |                     Assistant United States Attorney
16

17 | DATED: April 8, 2009                 /s/
                    Elizabeth Falk
18 |                     Counsel for Carlos Alejandro Garza-Lopez
19

20 | SO ORDERED.

21
22 | DATED: 9 Apr/0
23 |                     THE HON. BERNARD ZIMMERMAN
                    United States Magistrate Judge
24
25
26
27
28