ORIGINAL

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 552-6031
    Facsimile:      (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

FILED
APR 9 - 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>     )<br>v. )<br>     )<br>CARLOS ALEJANDRO GARZA-LOPEZ, )<br>    Defendant. )<br>_____ ) | No. CR 10-0256 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

       The parties appeared before the Honorable Bernard Zimmerman on April 8, 2010. With the agreement of counsel for both parties, the Court found and held as follows:

       1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 8, 2010 to April 19, 2010, in light of the need for defense counsel to review discovery and to conduct further investigation. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. CARLOS ALEJANDRO GARZA-LOPEZ, CR 10-0256                                    1

into account the exercise of due diligence and the need for counsel to review discovery and to conduct further investigation.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 8, 2010 to April 19, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 8, 2010 to April 19, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 8, 2010            /s/
                        PATRICIA SPALETTA
                        Assistant United States Attorney

DATED: April 8, 2009            /s/
                        Elizabeth Falk
                        Counsel for Carlos Alejandro Garza-Lopez

SO ORDERED.

DATED: 9 Apr '10

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge