JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:   (415) 552-6031
   Facsimile:   (415) 436-7234
   Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0256 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| CARLOS ALEJANDRO GARZA-LOPEZ, | |
| Defendant. | |

The parties appeared before the Honorable Marilyn H. Patel on April 19, 2010. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 19, 2010 to May 3, 2010, in light of the need for defense counsel to review discovery and to conduct further investigation. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

into account the exercise of due diligence and the need for counsel to review discovery and to conduct further investigation.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 19, 2010 to May 3, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 19, 2010 to May 3, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

DATED: April 20, 2010              /s/
                              PATRICIA SPALETTA
                              Special Assistant United States Attorney

DATED: April 20, 2009              /s/
                              ELIZABETH FALK
                              Counsel for Carlos Alejandro Garza-Lopez

SO ORDERED.

DATED: 4/21/2010



THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel