JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:    (415) 552-6031
    Facsimile:    (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0256 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| CARLOS ALEJANDRO GARZA-LOPEZ, | |
| Defendant. | |

      The parties appeared before the Honorable Marilyn H. Patel on April 19, 2010. With the agreement of counsel for both parties, the Court found and held as follows:

      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 3, 2010 to May 17, 2010, in light of the need for defense counsel to review immigration court hearing tapes for possible defenses to prosecution. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0256    1

effective preparation, taking into account the exercise of due diligence and the need for counsel to review discovery and to conduct further investigation.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 3, 2010 to May 17, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 3, 2010 to May 17, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 4, 2010            /s/
PATRICIA SPALETTA
Special Assistant United States Attorney

DATED: May 4, 2009            /s/
ELIZABETH FALK
Counsel for Carlos Alejandro Garza-Lopez

SO ORDERED.

DATED:  5/5/2010

IT IS SO ORDERED
Judge Marilyn H. Patel