1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:    (415) 552-6031
8      Facsimile:    (415) 436-7234
       Patricia.Spaletta@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                               SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,       ) No. CR 10-0256 MHP
                                    )
17 |     Plaintiff,                  ) STIPULATION AND [PROPOSED] ORDER
                                    ) CONTINUING STATUS HEARING FROM
18 | v.                              ) MAY 17, 2010 TO JUNE 28, 2010 AND
                                    ) EXCLUDING TIME UNDER 18 U.S.C. § 3161
19 | CARLOS ALEJANDRO GARZA-LOPEZ,   )
                                    )
20 |     Defendant.                  )
                                    )

21

22     The parties are scheduled to appear before this Court for status on May 17, 2010 at 10:00

23 a.m. The parties have just received the immigration court hearing tape in this matter, and need

24 additional time to review it, and for defense counsel to determine whether an affirmative motion

25 to dismiss is appropriate. By agreement of the parties, the parties request that the matter be

26 continued to June 28, 2010.

27 The parties also agree that the time between May 17, 2010 and June 28, 2010 should be excluded

28 under the Speedy Trial Act. The continuance is necessary for effective preparation of counsel

and the ends of justice is served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

SO STIPULATED:

              JOSEPH P. RUSSONIELLO
              United States Attorney

DATED: May 14, 2010       /s/
              PATRICIA SPALETTA
              Special Assistant United States Attorney

DATED: May 14, 2009       /s/
              ELIZABETH FALK
              Counsel for Carlos Alejandro Garza-Lopez

**ORDER**

For the reasons stated above, the Court finds that the continuance of time for the next hearing before this court from May 17, 2010 to June 28, 2010 is warranted because the failure to grant the requested continuance would deny the defense effective preparation of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

DATED: 5/14/2010
              THE HON. MARILYN H. PATEL
              United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel