BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant GARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-256 MHP |
| Plaintiff, | **STIPULATED MOTION FOR CONTINUANCE OF BRIEFING SCHEDULE AND MOTION HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| CARLOS GARZA-LOPEZ, | Date: August 30, 2010 |
| Defendant. | Time: 11:00 a.m. |
| | Court: The Honorable Marilyn Hall Patel |

The parties stipulate and respectfully request as follows:

1. A briefing schedule on Defendant's Motion to Dismiss has been established by this Court as follows:

   Opening Motion Due:   July 19, 2010

   Response Due:   August 9, 2010

   Reply Due:   August 16, 2010

   Motion Hearing:   August 30, 2010, at 11:00 a.m.

2. Defense counsel needs additional time to collect declarations in support of the motion from family members of the defendant who would have been present for a

| | |
|---|---|
| 1 | deportation hearing back in 1996, as well as an expert witness declaration. Mr. |
| 2 | Garza is accordingly asking for a continuance of the briefing schedule on the |
| 3 | motion to dismiss; |

3. Based upon the defendant's representations, the government has no objection to continuing the briefing schedule. The parties have agreed on the following proposed dates, and ask for an exclusion of time under the Speedy Trial Act from July 19, 2010 to August 2, 2010 on the basis of the need for effective preparation of the motion by defense counsel:

| | |
|---|---|
| Motion to Dismiss Due: | August 2, 2010 |
| Response Due: | August 30, 2010 |
| Reply Due: | September 7, 2010 (due to Labor Day holiday) |
| Motion Hearing: | September 20, 2010 at 11:00 a.m. |

**IT IS SO STIPULATED**.

Dated: July 19, 2010

_____/s/_____
PATRICIA SPALETTA
Assistant United States Attorney

Dated: July 19, 2010      _____/s/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

### [PROPOSED] ORDER

For the reasons stated herein, and for good cause shown, the briefing schedule and motion hearing date previously established by this Court for Defendant's Motion to Dismiss in the aforementioned case are hereby VACATED. The briefing schedule shall be altered as follows:

| | |
|---|---|
| Motion to Dismiss Due: | August 2, 2006 |
| Response Due: | August 30, 2006 |

| | | |
|---|---|---|
| 1 | Reply Due: | September 7, 2010 |
| 2 | Motion Hearing: | September 20, 2010 at 11:00 a.m. |

For the reasons stated herein, including the need for effective preparation of defense counsel, and for good cause shown, this Court also finds that the ends of justice served by excluding the period from July 19, 2010 to August 2, 2010 outweigh the interest of the public and the defendant in a speedy trial, and orders that the period from July 19, 2010 to August 2, 2010, is excluded from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

Dated: __July 20, 2010_____

_____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*