BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant GARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>          Plaintiff, )<br>)<br>   v. )<br>)<br>)<br>CARLOS GARZA-LOPEZ, )<br>)<br>          Defendant. )<br>_____) | No. CR 10-256 MHP<br><br>**STIPULATED MOTION FOR CONTINUANCE OF BRIEFING SCHEDULE AND MOTION HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Date: August 30, 2010<br>Time: 11:00 a.m.<br>Court: The Honorable Marilyn Hall Patel |

The parties stipulate and respectfully request the Court to order as follows:

Defense counsel needs one additional day to collect all the necessary documentation and finalize the Opening Memorandum of Points and Authorities in this matter. The extra day will not affect the Reply Brief date or the Motion Hearing date of September 20, 2010. Government counsel is willing to give defense counsel the additional day and adjust her Response due date by one day. Accordingly, the parties adopt the following schedule:

        Motion to Dismiss Due:    August 3, 2010 (Prior to Stip: August 2, 2010)

        Response Due:    August 31, 2010 (Prior to Stip: August 30, 2010)

        Reply Due:    September 7, 2010 (unchanged by stipulation)

| | | |
|---|---|---|
| Motion Hearing: | | September 20, 2010 at 11:00 a.m. (Unchanged by stipulation). |

**IT IS SO STIPULATED**.

Dated: August 2, 2010

_____/S/_____
PATRICIA SPALETTA
Special Assistant United States Attorney

Dated: August 2, 2010

_____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

**IT IS SO ORDERED.**

Dated: __8/3/2010_____   _____
THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*