# UNITED STATES DISTRICT COURT
## Northern District Of California

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | Case No.: CR-_____ |
| Plaintiff, | ) | |
| | ) | **ORDER FOR RELEASE FROM** |
| | ) | **CUSTODY** |
| vs. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

      **IT IS ORDERED** that the United States Marshal release from his custody _____, the Defendant in the above-cited action.

**DATED:** _____     _____

                                                                 **UNITED STATES DISTRICT JUDGE**

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

## UNITED STATES MARSHAL RETURN

      **I hereby certify and return** that in response to the within Order for Release from Custody, received at San Francisco, California, this _____ day of _____, 20____, I released the within named Defendant, _____ from my custody, on _____, 20_____.

                                                   **United States Marshal**

                                                   **By:**_____
                                                          **(Deputy)**